JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VILLA, | ) Case No. CV 10-8226-PA (DTB) |
|         Petitioner, | ) |
|     vs. | ) **JUDGMENT** |
| GREG LEWIS, Acting Warden, | ) |
|         Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Petition with prejudice.

Dated: August 24, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE